**Eleanor PRICE, Plaintiff–Appellant,**

v.

**LaFARGE NORTH AMERICA, INC., Defendant–Appellee.**

**No. 06–14112**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 27, 2006.

Cynthia Forman Wilkinson, Wilkinson Law Firm, PC, Birmingham, AL, for Plaintiff–Appellant.

Alex S. Drummond, Frederick Thomas Smith, Seyfarth Shaw, LLP, Atlanta, GA, for Defendant–Appellee.

Before BLACK, MARCUS and COX, Circuit Judges.

PER CURIAM:

Eleanor Price appeals following the district court's grant of summary judgment in favor of LaFarge North America, Inc. We review a grant of summary judgment de novo, applying the same familiar standard as the district court. *Artistic Entm't, Inc.*

*v. City of Warner Robins,* 331 F.3d 1196, 1203 (11th Cir.2003).

Price presents two issues on this appeal. She contends that genuine issues of material fact made the grant of summary judgment improper (1) on her claim that her termination constituted gender discrimination, and (2) on her claim that her termination was in retaliation for her prior complaints of discrimination.

Having reviewed the briefs and the relevant portions of the record, we conclude that the defendant was entitled to summary judgment on these claims for the reasons stated in the district court's opinion. (R.1–56 at 19–37.) Accordingly, the district court's judgment is affirmed.

AFFIRMED.